DONALD W. CARLSON [Bar No.: 79258]
EDWARD F. DONOHUE [Bar No.: 112730]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:    (415) 391-3898

Attorneys for Defendants
FRAZER DAVIDSON P.A., T. ROE FRAZER II, and JOHN DAVIDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET E. LARSON, individually, AND AS TRUSTEE OF THE JANET E. LARSON REVOCABLE TRUST, MARNIE E. NEAR, AS TRUSTEE OF THE JANET E. LARSON INSURANCE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CYNTHIA H. SPEETJENS, FRAZER DAVIDSON P.A., T. ROE FRAZER II, JOHN DAVIDSON and DOES 1 - 100,<br><br>Defendants. | CASE NO.:   C-05-03176 SBA<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:  Private ADR, before Timothy J. Halloran, Esq.

The parties agree to hold the ADR session by February 17, 2006.

Dated:  December 29, 2005

_____
MARK H. ROSENTHAL
Attorney for Plaintiffs

| | | |
|---|---|---|
| DATED:  December 29, 2005 | | CARLSON, CALLADINE & PETERSON LLP |

By _____
EDWARD F. DONOHUE
Attorneys for Defendants
FRAZER DAVIDSON P.A., T. ROE FRAZER II, and JOHN DAVIDSON

DATED:  December 29, 2005         FREDRICKSON, MAZEIKA & GRANT, LLP

By _____
SHARI I. WEINTRAUB
Attorneys for Defendant
CYNTHIA H. SPEETJENS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Private ADR before Timothy J. Halloran. The deadline for the ADR session is February 17, 2006.

IT IS SO ORDERED.

Dated:  1/5/06                                     _____
                                                               SAUNDRA BROWN ARMSTRONG
                                                               United States District Judge