UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET E. LARSON, | |
| Plaintiff(s), | No. C05-3176 SBA (BZ) |
| v. | **SECOND DISCOVERY ORDER** |
| CYNTHIA SPEETJENS, | |
| Defendant(s). | |

Before the court are plaintiff's motion to compel discovery and defendant's motion for protective order.

Following a telephonic conference on April 3, 2006 at which all parties were represented by counsel, I see no need for further briefing or hearing. **IT IS ORDERED** that defendant must answer the interrogatories by **May 1, 2006** and the deposition of Cynthia Speetjens must be completed by **May 15, 2006.**

Dated: April 4, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\LARSON\SECOND.DISC.ORDER.wpd

1