Mark H. Rosenthal - State Bar No. 62573
44 Montgomery Street, Suite 4020
San Francisco, CA 94104
415-986-1364

Attorney for Plaintiffs
Janet E. Larson, as Trustee of the Larson Family Revocable Trust A, and Marnie E. Near, as Trustee of the Janet E. Larson Insurance Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET E. LARSON, AS TRUSTEE OF THE LARSON FAMILY REVOCABLE TRUST A, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CYNTHIA H. SPEETJENS, et al., <br><br> Defendants | Case No.: C 05-03176 SBA <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE |

It is hereby stipulated between the parties to this action, through their respective counsel, that this action be dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees.

Dated: January 22, 2007        /s/ Mark H. Rosenthal
                               Mark H. Rosenthal, Esq.
                               Attorney for Plaintiffs Janet E. Larson,
                               as Trustee of the Larson Family Revocable Trust A,
                               and Marnie E. Near, as Trustee of the Janet E. Larson
                               Insurance Trust

1

STIPULATION FOR DISMISSAL WITH PREJUDICE
C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\Stipulation_Dismissal_Prejudice.1.22.07.doc

1 | Dated: January 22, 2007 /s/ Edward F. Donohue
Edward F. Donohue
Carlson, Calladine & Peterson LLP
Attorneys for Defendants Frazer Davidson, P.A.,
T. Roe Frazer II, and John Davidson

2
3
4

5 | Dated: January 22, 2007 /s/ Dennis Fredrickson
Dennis Fredrickson
Fredrickson, Mazeika & Grant, LLP
Attorneys for Defendants Cynthia H. Speetjens
and Cynthia Speetjens, P.A.

6
7
8

9 | It is so ordered.

10 | Dated: _1/24/07_____     *[signature: Saundra B. Armstrong]*
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2